UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12598-PBS

Klem Tsouridis
Plaintiff

v.

Lowe's Companies, Inc., et al
Defendant

## ORDER OF DISMISSAL

SARIS, D.J.

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(B).

By the Court,

/s/ Robert C. Alba
Deputy Clerk

September 16, 2004

To: All Counsel